■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY S. REEVES, Appellant. [640 NYS2d 776] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 12, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Joy, Hart and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVIER RODRIGUEZ, Appellant. [640 NYS2d 775] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 5, 1995 *(People v Rodriguez,* 216 AD2d 334), affirming a judgment of the Supreme Court, Kings County, rendered April 8, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Ritter, Joy and Goldstein, JJ., concur.